IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PROTEUS DIGITAL HEALTH, INC., § § Plaintiff, § v. § § PROTEUS BIOMEDICAL, LLC; § MICHAEL CICHY; AND § DAVID CICHY, § § Defendants. § | Civil Action No. 4:14-cv-143-ALM<br><br>Jury Trial Demanded |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Having considered Plaintiff Proteus Digital Health, Inc. ("Plaintiff") and Defendants Proteus Biomedical, LLC, Michael Cichy, and David Cichy)u ("Defendants") Agreed Motion to Dismiss with Prejudice, it is hereby ORDERED that Plaintiff's and Defendants' agreed motion is GRANTED.  Plaintiff's and Defendants' claims are hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**
**SIGNED this 9th day of February, 2015.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE